# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| DON JUAN MOSES, | ) |
| | ) |
|       PLAINTIFF | ) |
| | ) |
| v. | )    CIVIL NO. 2:13-CV-170-DBH |
| | ) |
| | ) |
| PNS STORES, INC., | ) |
| | ) |
|       DEFENDANT | ) |

## ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant's motion for summary judgment is **DENIED**. On the summary judgment record, there are genuine issues of material fact sufficient to go to a jury on the plaintiff's claims. See Fed. R. Civ. P. 56.

**SO ORDERED.**

**DATED THIS 14TH DAY OF MARCH, 2014**

                                                     /S/D. BROCK HORNBY
                                                   **D. BROCK HORNBY**
                                                   **UNITED STATES DISTRICT JUDGE**